

TRINA A. HIGGINS, Acting United States Attorney (#7349)
ADAM S. ELGGRFEN, Assistant United States Attorney (#11064)
Attorneys for the United States of America
111 South Main Street, Suite 18
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. CHASE MONTGOMERY VENSTRA, Defendant. | Case No. 2:22mj445 JCB<br><br>MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM<br><br>Magistrate Judge Jarred C. Bennett |

The United States Attorney for the District of Utah respectfully shows this Honorable Court that the above-named defendant, CHASE MONTGOMERY VENSTRA, being confined at the Davis County Jail, under the authority of the State of Utah, is to appear in person in the United States District Court for the District of Utah before the Honorable Jarred C. Bennett on July 5, 2022, at 2:30 p.m., for a hearing, and it is necessary that the defendant be present on said date, during proceedings, appearances, and final disposition of the case;

NOW, THEREFORE, your petitioner respectfully prays that this Honorable Court to forthwith order a Writ of Habeas Corpus Ad Prosequendum to issue from this Court to the United States Marshal, for the District of Utah, requiring that a Marshal, or any federal agent, to serve

–1–

said Writ on the Sheriff, or Superintendent, or custodian of any place or institution where the said defendant is confined, and requiring said Marshal to produce said defendant before the Court on the above stated date for proceedings and appearances upon the charge aforesaid, and to hold the defendant at all times in his custody as an agent of the United States of America until final disposition of the case, thereafter to return the defendant to the institution wherein now confined.

DATED this 5th day of July, 2022.

TRINA A. HIGGINS
United States Attorney

/s/ *Adam S. Elggren*
ADAM S. ELGGREN
Assistant United States Attorney