

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHASE MONTGOMERY VENSTRA,<br><br>Defendant. | Case No. 2:22mj445 JCB<br><br>WRIT OF HABEAS CORPUS AD PROSEQUENDUM<br><br><br>Magistrate Judge Jarred C. Bennett |
|---|---|

TO: THE UNITED STATES MARSHAL FOR THE DISTRICT OF UTAH, OR TO ANY OTHER UNITED STATES MARSHAL OR TO ANY AUTHORIZED OFFICER IN WHOSE CUSTODY THE DEFENDANT MAY BE HELD:

G R E E T I N G S:

We command you that you bring the body of CHASE MONTGOMERY VENSTRA, now being confined at the Davis County Jail, under the authority of the State of Utah, to appear in person in United States District Court for the District of Utah before the Honorable Jarred C. Bennett on July 5, 2022, at 2:30 p.m., of said day, and from day-to-day thereafter, for purposes of an initial appearance on the charges pending against the defendant in the United States District Court, and in the above-entitled and pending case; and for final disposition at a later date; and hold the said defendant at all times in your custody as an agent of the United States of America; that immediately after the conclusion of the proceedings and final disposition of the above-entitled case in the United States District Court, you return the defendant to the institution where the defendant was confined, under safe and secure conduct,

and have you then and there make a return upon this Writ.

DATED this 5th day of July, 2022.

_____
JARRED C. BENNETT
United States Magistrate Court Judge